Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58638.**—Alintex, Inc. *v.* United States, protest 229445–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58639.**—D. C. Andrews & Company, Inc. *v.* United States, protest 229732–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58640.**—Wm. M. Allison & Co. *v.* United States, protest 229919–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58641.**—Barnett International Forwarders, Inc. *v.* United States, protest 230128–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58642.**—Wm. M. Allison & Co. *v.* United States, protest 230662–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58643.**—H. A. Gogarty, Inc. *v.* United States, protest 229216- K (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 58644.**—Air-Freight Clearance Co. *v.* United States, protest 230130–K (New York).